UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SANDRA MORENO, CARLOS MORENO, ELISEO CASTANEDA, FEDERICO VELA, JOSE GARCIA, JOSE VEGA GONZALES, BRISELDA RODRIGUEZ, MARTHA JARAMILLO, and ROGELIO MARTINEZ, <br><br>Plaintiffs, <br><br>v. <br><br>THE CITY OF BOVINA, TEXAS, JANA PITCOCK, Individually and in Her Former Capacity as City Manager, DONNA MITCHELL, Individually and in Her Capacity as Municipal Judge, Gary Sinclair, Individually and in His Former Capacity as Chief of Police, JONATHAN JIMENEZ, Individually and in His Former Capacity as a Police Officer of Bovina, Texas, MANNY JIMENEZ, Individually and in His Former Capacity as a Police Officer of Bovina, Texas, and OWEN FOSTER, Individually and in His Former Capacity as a Police Officer of Bovina, Texas, <br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§ | CASE NO. 2:12-cv-00264 |

### DEFENDANTS JONATHAN JIMENEZ, MANNY JIMENEZ AND OWEN FOSTER'S DESIGNATION OF EXPERTS

Defendants may call the following witnesses to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:

1. Albert Rodriguez
    4501 McCormick Mtn Drive
    Austin, Texas 78734
    (512) 656-4354
    *Expert on Law Enforcement issues/alleged Constitutional violations brought by Plaintiffs against these Defendants*

2. Lee Ann Reno, Texas SBN 00791509
701 S. Taylor, Suite 500
Post Office Box 15008
Amarillo, Texas  79105-5008
(806) 468-3300
*Reasonable and necessary attorney fees incurred in this civil action*

3. Mark D. White, Texas SBN 21317900
701 S. Taylor, Suite 500
Post Office Box 15008
Amarillo, Texas  79105-5008
(806) 468-3300
*Reasonable and necessary attorney fees incurred in this civil action*

4. Any experts designated by Plaintiffs

Respectfully submitted,

SPROUSE SHRADER SMITH P.C.

/s/ Lee Ann Reno
Lee Ann Reno, Texas SBN 00791509
Alex Yarbrough, Texas SBN 24079615
701 S. Taylor, Suite 500
Post Office Box 15008
Amarillo, Texas  79105-5008
Telephone:  (806) 468-3300
Facsimile:  (806) 373-3454

**ATTORNEYS FOR DEFENDANTS
JONATHAN JIMENEZ, MANNY JIMENEZ AND OWEN
FOSTER, IN THEIR INDIVIDUAL CAPACITIES**

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2013, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

**ATTORNEY FOR PLAINTIFFS:**

James B. Johnston
EASTERWOOD, BOYD & SIMMONS, P.C.
623 N. Main Street
Post Office Box 273
Hereford, Texas 79045


**ATTORNEY FOR CITY OF BOVINA, JANA PITCOCK
GARY SINCLAIR & DONNA MITCHELL
(IN their INDIVIDUAL AND OFFICIAL CAPACITIES) AND FOR JONATHAN
JIMENEZ, MANNY JIMENEZ, & OWEN FOSTER (IN THEIR
OFFICIAL CAPACITIES):**

William J. Wade
Matt D. Matzner
Traci Siebenlist
CRENSHAW DUPREE & MILAM, L.L.P.
Post Office Box 1499
Lubbock, Texas  79408-1499


                                    /s/ Lee Ann Reno
                                    Lee Ann Reno

745178_1.DOC
8801.153